**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

JAMES MONROE, individually and on behalf
of all others similarly situated,

        Plaintiff,                             Case No. 3:18-CV-132-MPB-RLY

        v.

ELMER BUCHTA TRUCKING LLC, *et al*.

        Defendants.

## JOINT MOTION TO SET SETTLEMENT CONFERENCE

Come now the parties, by respective counsel, and respectfully request the Court set a telephonic settlement conference in this matter. In support, the parties show the Court as follows:

1.      The parties reached a settlement in principal.

2.      The parties have up to and including December 11, 2020 within which to file their proposed settlement motion.

3.      The parties need additional guidance from the Court in order to effectuate the settlement's terms. Specifically, the parties are unable to resolve a dispute as to whether the settlement is on an "opt-in" or "opt-out" basis for the putative collective members.

4.      The parties respectfully request the Court set this matter for a telephonic settlement conference at the Court's earliest convenience.

5.      The parties have previously consented to the Magistrate-Judge to handle this matter.

WHEREFORE, the parties respectfully request the Court enter an order setting this matter for a telephonic settlement conference, and for any other relief deemed just and proper in the premises.

Dated: November 24, 2020

Respectfully submitted,

_s/ James D. Johnson_
James D. Johnson (#11984-49)
Chad J. Sullivan (#21915-82)
Spencer W. Tanner (#32436-49)
**JACKSON KELLY PLLC**
221 N.W. Fifth Street
P.O. Box 1507
Evansville, Indiana 47706-1507
Telephone: (812) 422-9444
Facsimile: (812) 421-7459
E-Mail: jdjohnson@jacksonkelly.com;
      cjsullivan@jacksonkelly.com;
      spencer.tanner@jacksonkelly.com
_Counsel for Defendants_

_s/ Robert R. Barravecchio *_
James Vagnini, _PHV_
Alexander M. White, _PHV_
Robert R. Barravecchio, _PHV_
**VALLI JANE & VAGNINI LLP**
600 Old Country Rd., Ste. 519
Garden City, NY 11530
jvagnini@vkvlawyers.com
awhite@vkvlawyers.com
rrb@vkvlawyers.com

Richard E. Shevitz (#12007-49)
Irwin B. Levin (#8786-49)
Vess A. Miller (#26495-53)
**COHEN & MALAD LLP**
1 Indiana Square, #1400
Indianapolis, IN 46204
rshevitz@cohenandmalad.com,
ilevin@cohenandmalad.com
vmiller@cohenandmalad.com
_Counsel for Plaintiff, James Monroe_
  **\*filed with permission given, 11/24/2020**

## CERTIFICATE OF SERVICE

     I certify that on November 24, 2020, the foregoing document was filed electronically using the Court's E-Filing System (EFS) and that a copy of the same was served upon the following person(s) via EFS:

Richard E. Shevitz
Irwin B. Levin
Vess A. Miller
**COHEN & MALAD LLP**
1 Indiana Square, #1400
Indianapolis, IN 46204

James Vagnini
Alexander M. Wright
Robert R. Barravecchio
**VALLI JANE & VAGNINI LLP**
600 Old Country Rd., Ste. 519
Garden City, NY 11530

_s/ James D. Johnson_